Received at: 9:53AM, 11/6/2006

11/06/06   09:54 FAX 619 232 6577      KAYE ROSE & PARTNERS LLP                     ☒002
11/03/2006 21:41 FAX 6192317300        JOHN A MARIN                                 ☒001

**FILED**

06 NOV -6 AM 10: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

KAYE, ROSE & PARTNERS, LLP
Anita M. Eilert (SBN 133639)
William J. Tucker (SBN 063048)
402 West Broadway, Suite 1300
San Diego, California 92101-3542
Tel.: (619) 232-6555
Fax: (619) 232-6577

Attorneys for Defendant
HAPSBURG CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VINOLE, <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENCE MARITIME AGENCY, INC.; HAPSBURG CORPORATION; TRANSMARINE NAVIGATION CORPORATION, *in personam*, and the vessel M.V. NASSAU PARADISE, its tackle, gear, engines, hull, electronics, boats and appurtenances, *in rem*, <br><br> Defendants. | Case No. 05CV 0700 BEN (POR) <br><br> **STIPULATION TO DISMISS AND ORDER THEREON** <br><br> JUDGE: Hon. Roger T. Benitez <br> MAGISTRATE JUDGE: Hon. Louisa S. Porter <br><br> *Complaint Filed: 04/06/05* <br> *Trial: Not Set* <br> *Final Pre-Trial Conference: 11/10/06, 10:30 a.m.* |

IT IS HEREBY STIPULATED by and between plaintiff FRANK VINOLE and defendant HAPSBURG CORPORATION, through their respective attorneys of record, that the above case be dismissed with prejudice.

Dated: September ___, 2006

KAYE, ROSE & PARTNERS, LLP

By: _____
Anita M. Eilert
Attorneys for Defendant
HAPSBURG CORPORATION

Dated: September ___, 2006

LAW OFFICES OF JOHN A. MARIN

By: _____
John T. Marin
Attorneys for Plaintiff
FRANK VINOLE

-1-
Stipulation for Dismissal and Order Thereon

Case No. 05CV 0700 BEN (POR)

Received at: 9:53AM, 11/6/2006

11/06/06  09:55 FAX 619 232 6577      KAYE ROSE & PARTNERS LLP       ☒003
11/03/2006 21:41 FAX 6192317800       JOHN A MARIN                    ☒002

**ORDER**

1 
2   The court having considered the foregoing Stipulation of the parties, and good cause
3   appearing, the referenced case is hereby dismissed in its entirety with prejudice.
4
5   Dated: 11/06, 2006        _____
6                              Judge of the United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-                                      Case No. 05CV 0700 BEN (POR)
Stipulation for Dismissal and Order Thereon